In the Matter of PAULINE GOOD, Respondent, v VILLAGE OF MASSENA BOARD OF APPEALS et al., Appellants

Mahoney, P. J., Main, Casey, Mikoll and Harvey, JJ., concur.